ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Lyon Shipyard, Inc. | ) ASBCA No. 60803 |
| | ) |
| Under Contract No. N50054-10-D-1003 | ) |

APPEARANCE FOR THE APPELLANT:     Michael J. Gardner, Esq.
                                   Troutman Sanders LLP
                                   Virginia Beach, VA

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
                                   Navy Chief Trial Attorney
                                   David B. Stinson, Esq.
                                   Senior Trial Attorney

ORDER OF DISMISSAL

For reasons indicated by one or both parties, the Board is unable to proceed with disposition of the above appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, the above appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 23 November 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60803, Appeal of Lyon Shipyard, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals